# ALEXANDER, POOLE & COMPANY, INC.

## "THE ATTORNEY'S SERVICENTER"

### CELEBRATING OVER 50 YEARS OF SERVICE!

P.O. BOX 69 • ALBANY, NEW YORK 12201
TELEPHONE (518) 436-0895 • FAX (518) 436-7366
TAX ID # 14-1482374

**Invoice #** 1413344
July 29, 2014

Troy & Associates, PLLC
John Troy, Esq.
41-25 Kissena Blvd. #119
Flushing, NY 11355

Your File No.:
Contract or SFS No.:

**Caption:**

| | |
|---|---|
| Hui Luo, | Plaintiff/Petitioner |
| vs | |
| L&S Acupuncture, P.C., et al., | Defendant/Respondent |

Date Received: 7/28/2014
Serve By Date:
Date Returnable:
Docket or ID #: 1:14-cv-01003
Court: U. S. District
County: Eastern Dist.

**Re:** American Asian Acupuncture, PLLC

Original: ☐   We File: ☐

Docs. Served: Summons in a Civil Action & First Amended
OR          Complaint
Svc. Provided:

Date Served: 7/29/2014
Time Served: 2:13 pm   Server: Kyle Warner
Address Attempted:

| Date | Service Description | Service Fee | Payments |
|---|---|---|---|
| 7/28/2014 | Secretary of State Fee ($40) - Prepd byCust | $40.00 | |
| 7/29/2014 | Svc. on Secretary of State-Regular (Svc.Fee Prepaid) | $18.00 | |
| 7/28/2014 | Advance Payment by Customer | | $58.00 |
| | PB0001857792 | | |
| | **Total Service Fees and Total Fees Prepaid:** | $58.00 | $58.00 |

There will be a $25.00 late charge added to all past due accounts.
Fees 30 days past due will accrue interest at the rate of 1.5% per month
plus any reasonable costs of collection. Customer is responsible for collection
fees, court costs and reasonable attorney fees to collect unpaid accounts.

**Amount Due =**   **$0.00**
**Due Before:**   **August 28, 2014**

**Remarks:**

---

**Payable upon receipt. Please pay from this invoice.**
Please detach and return this section with your payment or include Invoice number on your payment.
Make checks payable to Alexander Poole & Co., Inc.          *There will be a $30.00 service fee on all returned checks*
**We now accept eChecks, Visa, Mastercard and Discover**

Troy & Associates, PLLC
John Troy, Esq.
41-25 Kissena Blvd. #119
Flushing, NY 11355
FAX: 718-762-1342

Invoice•Work Order #: 1413344
Invoice Date: July 29, 2014
Attorney's ID#: A11018

**Alexander, Poole & Co., Inc.**
**P.O. Box 69**
**Albany, New York, 12201**

Total Amount Due= $0.00

Amount Paid_____
**Due Before:   August 28, 2014**